**91–1518.** State v. Braylock. *Lucas County*, Nos. L–90–001 and L–90–121. This cause, here on appeal from the Court of Appeals for Lucas County, was considered in the manner prescribed by law. It appears from the records of this court that appellant has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective October 24, 1991.

IT IS FURTHER ORDERED that the appellees recover from the appellant their costs herein expended; and that a mandate be sent to the Court of Appeals for Lucas County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Lucas County for entry.

*Wednesday, November 13, 1991*
## MERIT DOCKET

**90–2352.** State, ex rel. Hunsaker, v. Judges of Court of Appeals, Third Appellate Judicial Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1506.** State, ex rel. Morgan, v. Humphreys. *Lorain County*, No. 91CA005047. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1620.** State, ex rel. Brofford, v. Tate. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1804.** State, ex rel. Johnson, v. Cox. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1834.** Alexander v. Municipal Court of Springfield. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1981.** Alexander v. Supreme Court of Ohio. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.